1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  CARRIE LEONETTI,
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE ANTONIO NAVARRO-GARCIA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )  Case No. 1:05-cr-0497 OWW
                                    )
12 |          Plaintiff,             )  STIPULATION TO CONTINUE STATUS
                                    )  CONFERENCE; AND PROPOSED ORDER
13 |    v.                           )  THEREON
                                    )
14 | JOSE ANTONIO NAVARRO-GARCIA,   )  DATE : March 28, 2006
                                    )  TIME : 9:00 a.m.
15 |          Defendant.             )  DEPT : Oliver W. Wanger
   |_____)

16

17        IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorney of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for

19 March 21, 2006, may be continued to **March 28, 2006 at 9:00 a.m.**

20        The continuance being sought is at the request of defense counsel to allow her client additional

21 time to consider the plea offer.

22        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

23 justice, including but not limited to, the need for the period of time set forth herein for further plea

24 ///

25 ///

26 ///

27 ///

28 ///

1 | negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2

3 | DATED: March 9, 2006     McGREGOR W. SCOTT
United States Attorney

4

5 | /s/ Marianne A. Pansa
6 | MARIANNE A. PANSA
Assistant Federal Defender
7 | Attorney for Plaintiff

8

9 | DATED: March 9, 2006     DANIEL J. BRODERICK
Acting Federal Defender

10

11

12 | /s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
13 | Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:  March 15, 2006**     **/s/ Oliver W. Wanger**
emm0d6      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference     2