DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI,
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ANTONIO NAVARRO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-0497 OWW |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE HEARING AND TO SET DISCOVERY MOTIONS CALENDAR/ HEARING; AND ORDER THEREON |
| v. | |
| JOSE ANTONIO NAVARRO-GARCIA, | Date : August 1, 2006<br>Time: 9:00 a.m. |
| Defendant. | Dept : Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 13, 2006 be vacated.

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that a discovery motions schedule be set as follows:  Defendant's discovery motions to be filed on or before **June 27, 2006**; plaintiff's response to defendant's discovery motions to be filed on or before **July 25, 2006**; and the hearing on said discovery motions to be set for **August 1, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded for the Court's . consideration of and decision on the discovery motions negotiations pursuant to 18 U.S.C.

///

///

1  §3161(h)(1)(F).

2  DATED: June 9, 2006                 McGREGOR W. SCOTT
                                       United States Attorney
3

4
                                       /s/ Marianne A. Pansa
5                                      MARIANNE A. PANSA
                                       Assistant Federal Defender
6                                      Attorney for Plaintiff

7

8
   DATED:  June 9, 2006                DANIEL J. BRODERICK
9                                      Federal Defender

10

11                                     /s/ Carrie S. Leonetti
                                       CARRIE S. LEONETTI
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13

14

15
   IT IS SO ORDERED.
16
   **Dated:   June 9, 2006**                  **/s/ Oliver W. Wanger**
17 emm0d6                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Vacate Status Conference Hearing; and
to Set Motions Calendar/Hearing                   2