DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI,
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ANTONIO NAVARRO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-0497 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING; AND EXTEND FILING DATE FOR GOVERNMENT'S RESPONSE TO DISCOVERY MOTIONS; AND PROPOSED ORDER THEREON |
| v. | ) | |
| JOSE ANTONIO NAVARRO-GARCIA, | ) | Date : August 1, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Dept : Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing, currently set for August 1, 2006, may be continued to **August 22, 2006 at 9:00 a.m.**; and that the Government's response to defendant's discovery motions is extended from July 25, 2006 to **August 14, 2006**.

   The parties agree that the delay resulting from the continuance shall be excluded for the Court's . consideration of and decision on the discovery motions negotiations pursuant to 18 U.S.C.

///
///
///
///
///
///

1 | §3161(h)(1)(F).

2 | DATED: July 18, 2006          McGREGOR W. SCOTT
                                   United States Attorney

/s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant Federal Defender
Attorney for Plaintiff


DATED:  July 18, 2006          DANIEL J. BRODERICK
                                Federal Defender


/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant


**O R D E R**


IT IS SO ORDERED.

**Dated:   July 21, 2006**               /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing; and Extend Filing
Date for Government's Response to Discovery Motions;     2