DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI,
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ANTONIO NAVARRO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:05-cr-0497 OWW |
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS |
| | ) HEARING AND EXTEND FILING DATE FOR |
| v. | ) GOVERNMENT'S RESPONSE TO DISCOVERY |
| | ) MOTIONS; AND ORDER THEREON |
| JOSE ANTONIO NAVARRO-GARCIA, | ) |
| | ) Date : November 14, 2006 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Dept : Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, **that the motions hearing, currently set for August 22, 2006, may be continued to November 14, 2006**; and **that the Government's response to defendant's discovery motions is extended from August 14, 2006 to November 7, 2006**.

The grounds for the continuance are further defense investigation and to allow the parties additional time for plea negotiation.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded for the Court's .

2    consideration of and decision on the discovery motions negotiations pursuant to 18 U.S.C.

3    § 3161(h)(1)(F), and in the interests of justice herein for effective defense preparation pursuant to

4    18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

5                                    McGREGOR W. SCOTT
                                     United States Attorney
6

7    DATED:  August 14, 2006         /s/ Marianne A. Pansa_____
                                     MARIANNE A. PANSA
8                                    Assistant Federal Defender
                                     Attorney for Plaintiff
9

10                                   DANIEL J. BRODERICK
                                     Federal Defender
11

12   DATED:  August 14, 2006         /s/ Carrie S. Leonetti_____
                                     CARRIE S. LEONETTI
13                                   Assistant Federal Defender
                                     Attorney for Defendant
14

15

16

17                              **O R D E R**

18

19

20

21

22   IT IS SO ORDERED.

23   **Dated:   August 17, 2006**          **/s/ Oliver W. Wanger**_____
     emm0d6                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28