| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CARRIE LEONETTI, |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOSE ANTONIO NAVARRO-GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:05-cr-0497 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS |
| | ) HEARING AND EXTEND FILING DATE FOR |
| v. | ) GOVERNMENT'S RESPONSE TO DISCOVERY |
| | ) MOTIONS; AND ORDER THEREON |
| JOSE ANTONIO NAVARRO-GARCIA, | ) |
| | ) Date : January 3, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Dept : Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the **motions hearing**, currently set for November 14, 2006, may be continued to **January 3, 2007**; and that the Government's response to defendant's discovery motions is extended from November 7, 2006 to **December 19, 2006**.

The continuance sought is for on-going defense investigation.

The parties agree that the delay resulting from the continuance shall be excluded for the Court's . consideration of and decision on the discovery motions negotiations pursuant to 18 U.S.C. § 3161(h)(1)(F), and in the interests of justice herein for effective defense preparation pursuant to

///

///

///

///

1 | 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 3, 2006

/s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant Federal Defender
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 3, 2006

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:  November 7, 2006**
emm0d6

/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing and Extend Filing
Date for Government's Response to Discovery Motions;    2