DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI,
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ANTONIO NAVARRO-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-0497 OWW |
| Plaintiff, | STIPULATION TO VACATE MOTIONS SCHEDULE; AND ORDER THEREON |
| v. | Date : January 3, 2007 |
| JOSE ANTONIO NAVARRO-GARCIA, | Time: 9:00 a.m. |
| | Dept : Oliver W. Wanger |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective attorneys of record herein, that the **motions schedule,**  in the above captioned matter be vacated;

**IT IS FURTHER STIPULATED** by and  between the parties hereto, and through their respective attorneys of record herein, that the **Status Conference hearing** currently scheduled for **January  3, 2007 will remain on calendar**.

The parties agree that the delay resulting from the continuance shall be excluded for ongoing defense investigation and plea negotiations, and in the interests of justice  pursuant to 18 U.S.C.  §§ 3161(h)(8)(A)

///

///

///

///

///

and 3161(h)(8)(B)(i) and (iv).

                                               McGREGOR W. SCOTT
                                               United States Attorney

DATED:  December 8, 2006           /s/ Marianne A. Pansa
                                               MARIANNE A. PANSA
                                               Assistant Federal Defender
                                               Attorney for Plaintiff


                                               DANIEL J. BRODERICK
                                               Federal Defender

DATED:  December 8, 2006           /s/ Carrie S. Leonetti
                                               CARRIE S. LEONETTI
                                               Assistant Federal Defender
                                               Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 10, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                                 UNITED STATES DISTRICT JUDGE