1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARRIE LEONETTI,
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   JOSE ANTONIO NAVARRO-GARCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-0497 OWW |
| Plaintiff, ) | STIPULATION TO  CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| v. ) | |
| JOSE ANTONIO NAVARRO-GARCIA, ) | Date : January 3, 2007<br>Time: 9:00 a.m.<br>Dept : Oliver W. Wanger |
| Defendant. ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through  their respective attorneys of record herein, that the Status Conference hearing,  in the above captioned matter, set for January  3, 2007, be continued to January 23, 2007 at 9:00 a.m.

   The parties agree that the delay resulting from the continuance shall be excluded for ongoing defense investigation and issuance of subpenas, and in the interests of justice  pursuant to 18 U.S.C.  ///

///
///
///
///
///
///
///

1 §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 11, 2006

/s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant Federal Defender
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 11, 2006

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 14, 2006**
emm0d6

/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE