McGREGOR W. SCOTT
United States Attorney
MARIANNE A. PANSA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4083

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. 1:05-CR-0497 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR DISMISSAL OF INDICTMENT |
| JOSE ANTONIO NAVARRO-GARICA, | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that the Indictment against Jose Antonio Navarro-Garcia be dismissed in the interest of justice.

DATED:3/16/07                                /s/ Oliver W. Wanger
                                             OLIVER W. WANGER
                                             U.S. District Court Judge